IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROAD SAFETY SERVICES, INC., and FORWARD TRAFFIC AND MARKING, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL GILBERTSON, CENTURY TRAFFIC, LLC, and EDUCATED SOLUTIONS CORP, <br><br> Defendants. | 8:25CV622 <br><br> **ORDER CORRECTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

Owing to clerical error, the dates set for briefing on Plaintiffs' Motion for Temporary Restraining Order (TRO) were not the dates the Court intended. The Court now revises the dates and adjusts for the day's delay in setting the proper deadlines.

Accordingly,

IT IS ORDERED that

1. Not later than Thursday, December 11, 2025, Defendants shall file a response to Plaintiffs' Motion for TRO;

2. Not later than Monday, December 15, 2025, Plaintiff shall file any reply to Defendants' response;

3. Not later than Monday, December 15, 2025, the parties shall file notices to the Court on whether a hearing is necessary to the disposition of the Motion for TRO or whether the Motion for TRO can be submitted on written submissions without presentation of

additional evidence or oral arguments. The Court will thereafter determine whether and when to set a hearing on the Motion for TRO.

Dated this 5th day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge